USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NAM YOUNG CHO,                                                          :
:
                Plaintiff,                   :
:      20-CV-2990 (JPC)
       -v-                                                              :
:      NOTICE OF ASSIGNMENT
LARRY R. HOLZBERG,                                                      :
:
                Defendant.                   :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

    This action was removed from the Supreme Court of the State of New York, Bronx County on April 13, 2020. To date, Plaintiff has not appeared in the action. Plaintiff's counsel is directed to promptly file a notice of appearance in this case, and in any event no later than November 25, 2020. Failure to do so will result in dismissal of the complaint for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Defendant is hereby directed to serve a copy of this order on Plaintiff and to file proof of service by no later than November 4, 2020.

    In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests

were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: October 21, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge